982 A.2d 62

**Dennis MOYER**

v.

**WORKERS' COMPENSATION APPEAL BOARD (POCONO MOUNTAIN SCHOOL DISTRICT).**

**Petition of Pocono Mountain School District.**

Supreme Court of Pennsylvania.

Sept. 9, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of September, 2009, the Petition for Allowance of Appeal and Petition for Supersedeas are **DENIED.**